Elizabeth Waldow
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 05-0065 |
| Plaintiff, | ) | DISMISSAL; AND ORDER THEREON |
| v. | ) | |
| Lolita C. Stalkfleet, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice.

Dated: May 25, 2005 .          NATIONAL PARK SERVICE


                               /s/ Elizabeth Waldow
                               Elizabeth Waldow
                               Legal Officer


**ORDER**

IT IS SO ORDERED.

**Dated:   June 14, 2005**          /s/  **William M. Wunderlich**
mmkd34                            UNITED STATES MAGISTRATE JUDGE